NUMBER
13-11-00047-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

SUMER
LATREECE BIANO,                                                        Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                        On
appeal from the Criminal District Court 

                                     of
Jefferson County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                          Before
Justices Garza, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Sumer Latreece Biano, by and through her attorney, has filed a motion to dismiss
her appeal because she no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.  Any pending motions are
dismissed as moot.

 

PER CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed 

the 10th day of March, 2011.